UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADALBERTO GOMEZ,

                Plaintiffs,         21-cv-7281 (JGK)

     - against -                ORDER

C & S WHOLESALE GROCERS, INC. & THE
STOP & SHOP SUPERMARKET COMPANY
LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for November 30, 2021 is canceled.

The parties should submit a Rule 26(f) report by **December 10, 2021**.

SO ORDERED.

Dated:    New York, New York
            November 24, 2021

                                          _____
                                             John G. Koeltl
                                   United States District Judge